IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFFE,

    Plaintiff,                                  NO. CIV. S-04-1695 WBS GGH PS

    v.

EDWARD S. ALAMEIDA, et al.,

    Defendants.                          <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        By an order filed September 15, 2004, this court directed the United States Marshal to serve all process without prepayment of costs.  On November 9, 2004, the Marshal returned the summons and complaint indicating service on defendants Rimmer and Daly had been executed.  On January 10, 2005, the Marshal returned the summons and complaint indicating service on defendant Stinton had been executed.  On February 25, 2005, the Marshal returned the summons and complaint indicating service on defendants Alameida, Jr., and Erkenbrecher had not been executed because Alameida, Jr. had retired and California Department of Corrections would not provide a forwarding address, and because Erkenbrecher could not be located. On December 29, 2004, defendants Daly and Rimmer filed their answer.

\\\\\

\\\\\

1  Defendant Stinton, although properly served,[1] has not yet filed a responsive pleading.

2  Furthermore, plaintiff has not complied with this court's scheduling order which
3  required service of process on all defendants to be completed within 120 days of the September
4  15, 2004 order.

5  Accordingly, IT IS HEREBY ORDERED that:

6  1. Defendant Stinton show cause, within twenty days from the date of this order,
7  why default should not be entered;

8  2. The Clerk of the Court shall forward a copy of this order to defendant Stinton,
9  Parole Admin. Interstate C.D.C., 9825 Goethe Rd., Ste. 500, Sacramento, CA  95827;

10  3. Plaintiff show cause, within twenty days of this order, why defendants
11  Alameida, Jr., and Erkenbrecher should not be dismissed from this action; and

12  4  The Clerk of the Court is directed to serve a copy of this order on Constance L.
13  Picciano, Supervising Deputy Attorney General.

14  DATED:   5/18/05

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:076
O'Keeffe2.osc.wpd

---

[1] Court records indicate that defendant Stinton accepted service on December 23, 2004.

2