1 | DEMAIN TREVOR O'KEEFFE
825 California Avenue
2 | Reno, Nevada 89509
Telephone: (775) 322-8482
3
Plaintiff In Pro Per
4

5 | BILL LOCKYER
Attorney General of the State of California
6 | ROBERT R. ANDERSON
Chief Assistant Attorney General
7 | FRANCES T. GRUNDER
Senior Assistant Attorney General
8 | DARRELL L. LEPKOWSKY
Supervising Deputy Attorney General
9 | JOHN F. BAZAN, State Bar No. 170165
Deputy Attorney General
10 | 300 South Spring Street, Suite 1702
Los Angeles, CA 90013
11 | Telephone: (213) 897-2181
Fax: (213) 897-2810
12 | E-mail: John.Bazan@doj.ca.gov

13 | Attorneys for Defendants Carol Daly, Karla
Erkenbrecher and Richard Rimmer
14

15

**FILED**

NOV 1 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

16 | IN THE UNITED STATES DISTRICT COURT

17 | FOR THE EASTERN DISTRICT OF CALIFORNIA

18

19 | **DEMIAN TREVOR O'KEEFFE,**

20 | Plaintiff,

21 | v.

22 | **EDWARD S. ALAMEIDA, et al.,**

23 | Defendants.

24

25

CASE NO. CIV S-04-1695 WBS GGH-PS

**JOINT STIPULATION FOR
CONTINUANCE OF SETTLEMENT
CONFERENCE, PRETRIAL
CONFERENCE AND TRIAL DATES
UNDER FED. R. CIV. P. 6(b); AND
[PROPOSED] ORDER THEREON**

The Honorable William B. Shubb

26 | Plaintiff, Demain Trevor O'Keeffe, and Defendants' counsel, Deputy Attorney General John

27 | F. Bazan, have been engaged in settlement discussions and believe that settlement can be reached

28 | without assistance of the Court. The parties, however, require forty-five days for counsel for

1

1 | Defendants to obtain authority to settle and for the parties to enter into a settlement agreement.

2 |     Moreover, the settlement conference in this case is currently set to occur at the same time as

3 | the pretrial conference on November 21, 2005. The parties wish to avoid preparing for both a

4 | settlement conference and for a pretrial conference simultaneously.

5 |     Additionally, the discovery cut-off date in this case has past. Accordingly, Eastern District

6 | Local Rule 16-270(b)(2) applies to this case. The current dates in the scheduling order has the

7 | settlement conference before the trial court without there first being a written waiver of

8 | disqualification of this Court as the trial court or an affirmative request by the parties for the trial

9 | court to also participate in settlement negotiations, as required under Eastern District Local Rule

10 | 16-270(b)(2). Moving the pretrial conference and settlement conference dates will allow counsel

11 | for the Defendants time to obtain authorization to request that this Court conduct the settlement

12 | conference, if necessary, as well as act as the trial court.

13 |     Finally, granting an extension of time to allow the parties to complete settlement

14 | negotiations serves judicial economy. If the parties are able to settle amongst themselves, further

15 | hearings and trial can be avoided.

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

2

FROM : STORM ccc.    Case 2:04-cv-01695-GGH   Document 23   Filed 11/18/05   Page 3 of 4   28PM P3
PHONE NO. : 17753228482                    Nov. 08 2005 12:28PM P3

NUU-08-2005   15:08   HITY GENERHL DUU                21.( R47 24310   P.03

1    For all the reasons stated above as cause shown under Fed. R. Civ. P. (6), the parties

2    therefore, agree, stipulate and jointly move this Court to continue the settlement conference date

3    to a date to be determined by the Court at least forty-five days from the current settlement

4    conference date of November 21, 2005. The parties further request that the pretrial conference

5    date be moved at least thirty days from the settlement conference date and the trial date be moved

6    at least sixty from the pretrial conference date.

7    DATED: November **8**, 2005

8

9                                    By: _____

10                                        DEMIAN TREVOR O'KEEFE
                                          Plaintiff In Pro Per

11
     DATED: November **8**, 2005        OFFICE OF THE ATTORNEY GENERAL
12

13                                    By: _____

14                                        JOHN F. BAZAN
                                          Deputy Attorney General
15                                        Attorneys for Defendants
                                          Carol Daly, Karla Erkenbrecher and Richard Rimmer
16

17

18

19

20

21

22

23

24

25

26

27

28

                                          3

1

**ORDER**

2    UPON READING THE FORGOING STIPULATION and good cause appearing therefore,

3    IT IS HEREBY ORDERED that the settlement conference is continued to

4    February 7, 200c at 9:00A.M. before Judge Hollows. The pretrial conference is continued to Mar.6, 200c at 10:00a.m. The

5    trial date is continued to May 9, 200c at 9:00a.m.

6

7

8    Dated: Mar. 18, 2005

**GREGORY G. HOLLOWS**

The Honorable ~~William B. Shubb~~

9                                    United States ~~District~~ Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4