1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEMIAN TREVOR O'KEEFFE,

11          Plaintiff,                          NO. CIV. S-04-1695 WBS GGH PS

12      v.

13   EDWARD S. ALAMEIDA, et al.,

14          Defendants.

15                                            ORDER

16   _____/

17          Defendants have represented an intention to file a summary judgment motion.

18   Although the law and motion cutoff has passed, due to unanticipated delays in this case, the court

19   will grant an extension to permit the filing of dispositive motions, and will continue the other

20   scheduled dates.

21          Accordingly, IT IS ORDERED that:

22          1.  The parties may file dispositive motions by April 6, 2006.

23          2.  The pretrial conference is reset to May 18, 2006 at 10:30 a.m. before the

24   Honorable Gregory G. Hollows.

25   /////

26   /////

1

1            3.  The trial is reset to June 20, 2006 at 9:00 a.m. before the Honorable William B.

2    Shubb.

3    DATED: 2/8/06

4                                                           /s/ Gregory G. Hollows

5                                                           _____
                                                            GREGORY G. HOLLOWS
                                                            U.S. MAGISTRATE JUDGE

     GGH/076
6    O'Keeffe1695.ptc.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26