IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFFE,

        Plaintiff,                    NO. CIV. S-04-1695 WBS GGH PS

        v.

EDWARD S. ALAMEIDA, et al.,

        Defendants.

_____/      <u>ORDER</u>

        Defendants have filed a summary judgment motion to be heard on June 1, 2006. Therefore, pretrial and trial dates must be continued.

        Accordingly, IT IS ORDERED that:

        1. The pretrial conference is reset to October 5, 2006 at 10:30 a.m. before the Honorable Gregory G. Hollows.

        3. The trial is reset to October 31, 2006 at 9:00 a.m. before the Honorable William B. Shubb.

DATED: 5/9/06

                                       /s/ Gregory G. Hollows
                                       _____
                                       GREGORY G. HOLLOWS
                                       U.S. MAGISTRATE JUDGE

GGH/076
O'Keeffe1695.ctn.wpd

1