IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFFE,

        Plaintiff,

  v.

EDWARD S. ALAMEIDA, et al.,

        Defendants.

_____/

NO. CIV. S-04-1695 WBS GGH PS

ORDER

        Defendants' motion for summary judgment presently is calendared for hearing on June 1, 2006. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The June 1, 2006 hearing on the motion for summary judgment, filed April 10, 2006, is vacated; and

        2. The motion is submitted on the record.

DATED: 5/26/06

        /s/ Gregory G. Hollows

        GREGORY G. HOLLOWS
        U. S. MAGISTRATE JUDGE

GGH:076:O'Keeffe1695.vac.wpd