IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFE,

    Plaintiff,                      NO. CIV. S-04-1695 WBS GGH PS

    v.

EDWARD S. ALAMEIDA, et al.,

    Defendants.

_____/    <u>ORDER</u>

        Currently pending before the court is defendants' summary judgment motion, filed April 10, 2006. The pretrial and trial dates must be vacated pending a ruling on that motion.

        Accordingly, IT IS ORDERED that:

        1. The pretrial conference, currently set for October 5, 2006, is vacated.

        3. The October 31, 2006 jury trial is vacated.

DATED: 8/4/06

                                        /s/ Gregory G. Hollows

                                        _____
                                        GREGORY G. HOLLOWS
                                        U.S. MAGISTRATE JUDGE

GGH/076
O'Keeffe.vac.wpd

1