IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFE,

    Plaintiff,                      CIV-S-04-1695 WBS GGH PS

   vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.                ORDER

_____/

       On February 23, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on March 8, 2007, and they were considered by the district judge.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

\\\\\

1 | reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
2 | 1983).
3 |       The court has reviewed the applicable legal standards and, good cause appearing,
4 | concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.
5 | Accordingly, IT IS ORDERED that:
6 |       1.  The Proposed Findings and Recommendations filed February 23, 2007, are
7 | ADOPTED; and
8 |       2.  Defendants motion for summary judgment filed April 10, 2006, is granted.
9 | DATED:  April 10, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

okeefe.jo