IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFFE,

    Plaintiff,                   NO. CIV. S-04-1695 WBS GGH PS

    v.

EDWARD S. ALAMEIDA, et al.,

    Defendants.

_____/    <u>ORDER</u>

        On July 7, 2009, the Ninth Circuit Court of Appeals vacated in part the grant of summary judgment as to defendant Erkenbrecher, and remanded for further proceedings.

        Accordingly, IT IS ORDERED that:

        1. The pretrial conference is set for September 8, 2009 at 2:00 p.m. before the Honorable William B. Shubb. The parties are referred to the initial scheduling order, (dkt. #13), for the filing of pretrial statements.

        2. Trial is scheduled for October 14, 2009 at 9:00 a.m. before the Honorable William B. Shubb.

DATED: August 3, 2009

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U.S. MAGISTRATE JUDGE

GGH/076
O'Keeffe1695.trl.wpd