IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFFE,

    Plaintiff,                    NO. CIV. S-04-1695 WBS GGH PS

    v.

EDWARD S. ALAMEIDA, et al.,

    Defendants.

_____/    <u>ORDER</u>

        On February 26, 2009, the district court adopted this court's findings and recommendations, recommending denial of defendants' summary judgment motion.

        Accordingly, IT IS ORDERED that:

        1. The pretrial conference is set for June 28, 2010 at 2:00 p.m. before the Honorable William B. Shubb. The parties are referred to the initial scheduling order, (dkt. #13), for the filing of pretrial statements.

        2. Trial is scheduled for August 10, 2010 at 9:00 a.m. before the Honorable William B. Shubb.

DATED: March 24, 2010

                                    /s/ Gregory G. Hollows

                                _____
                                GREGORY G. HOLLOWS
                                U.S. MAGISTRATE JUDGE

GGH/076
O'Keeffe1695.sch2.wpd