IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMIAN TREVOR O'KEEFFE,<br><br>    Plaintiff,<br><br>  vs.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-04-1695 WBS GGH P<br><br><br><br><br><br><br>ORDER |

        Plaintiff is a former state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983.  The pretrial conference had been scheduled for June 28, 2010 and trial was scheduled for August 10, 2010.  However, those dates are vacated.  This case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on August 3, 2010, at 9:00 a.m. in Courtroom #25.

        In accordance with the above,  IT IS HEREBY ORDERED that:

        1. The pretrial conference and trial dates set forth in the court's March 24, 2010 order (Doc. 69) are vacated;

        2. This case is set for a settlement conference before  Magistrate Judge Kendall J. Newman on August 3, 2010, at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #25.

3. Parties are to appear with full settlement authority.

4. The parties are directed to exchange non-confidential settlement statements seven days prior to this settlement conference. These statements shall simultaneously be delivered to the court using the following email address: kjnorders@caed.uscourts.gov. Plaintiff shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

5. Should settlement not be successful the court will reschedule the trial date.

6. Should settlement not be successful plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before September 6, 2010. Defendants shall file their pretrial statement on or before September 20, 2010. The pretrial conference (as described in Local Rule 16-282) will be set in this case for September 27, 2010, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

DATED: June 17, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
okee1695.med