IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFFE,                         No. CIV S-04-1695 WBS GGH PS

    Plaintiff,

  vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.                              <u>ORDER</u>
_____/

        On June 30, 2010, plaintiff filed a notice of substitution of counsel. Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

        IT IS SO ORDERED.

DATED: August 13, 2010

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

ggh:076
O'Keeffe1695.reassign.wpd

1