IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMIAN TREVOR O'KEEFFE,

    Plaintiff,                   CIV. S-04-1695 WBS GGH PS

    v.

EDWARD S. ALAMEIDA, et al.,

    Defendants.

_____/    <u>ORDER</u>

        This action has now been reassigned to the undersigned as a pro se case. The only matters remaining are pretrial and trial.

        Accordingly, IT IS ORDERED that:

        1. The pretrial conference is set for March 21, 2011 at 2:00 p.m. before the Honorable William B. Shubb.

        2. Trial is scheduled for May 17, 2011 at 9:00 a.m. before the Honorable William B. Shubb.

DATED: October 29, 2010

                                                  /s/ Gregory G. Hollows

                                         _____
                                         GREGORY G. HOLLOWS
                                         U.S. MAGISTRATE JUDGE

GGH/076
O'Keeffe1695.sch3.wpd

1