1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DEMIAN TREVOR O'KEEFFE,                    No. CIV S-04-1695 WBS GGH PS

11            Plaintiff,

12        vs.

13   EDWARD S. ALAMEIDA, et al.,

14            Defendants.                       <u>ORDER</u>

15   _____/

16            Plaintiff is a former state prisoner proceeding pro se in an action brought under 42

17   U.S.C. § 1983.  The pretrial conference had been scheduled for March 24, 2011 and trial was

18   scheduled for May 17, 2010.  Defendants have filed a request for continuance of these dates due

19   to counsel's impending surgery and recovery.

20            Good cause appearing,  IT IS HEREBY ORDERED that:

21            1.  Defendants' motion to continue the trial date, filed February 3, 2011, (Doc.

22   88), is granted;

23            2.  The pretrial conference and trial dates set forth in the court's October 29, 2010

24   order (Doc. 85) are vacated;

25            3.  Pretrial conference is scheduled for May 19, 2011 at 10:00 a.m. in courtroom 9

26   before the undersigned.

1        4.  Trial is set for June 21, 2011 at 9:00 a.m. before the Honorable William B.

2  Shubb.

3  DATED: February 9, 2011

                                              /s/ Gregory G. Hollows
4                                             UNITED STATES MAGISTRATE JUDGE

   GGH:076/okee1695.sch.wpd
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26